ORIGINAL

PABLO P. QUIBAN
Attorney at Law, LLC

Pablo P. Quiban   #5099
707 Richards Street, Suite 710
Honolulu, Hawaii 96813
Telephone: (808) 528-3955
Facsimile: (808) 523-9476
Email: ppq-esq@hawaii.rr.com

Attorney for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 25 2007

at 3 o'clock and 25 min P M
SUE BEITIA, CLERK

LODGED

APR 23 2007
3:45 PM
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS, (*Hawaii Laborers' Health & Welfare Trust Funds* by its trustees Harry Ushijima, Albert Hamamoto, Mel Cremer, Benjamin Saguibo, Daniel Nakamura, Stephanie C. Mahelona, Edmund C. Aczon, and Larry Cadiz, etc., et al., <br><br>                    Plaintiffs, <br><br> vs. <br><br> CME ENVIRONMENTAL SERVICES, a Hawaii corporation, <br><br>                    Defendant, <br><br>           and <br><br> STATE OF HAWAII, DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS, | CIVIL NO. 02-00755 SOM BMK <br><br> EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION OF PABLO P. QUIBAN; ORDER FOR ISSUANCE OF GARNISHEE SUMMONS; GARNISHEE SUMMONS; EXHIBIT "A" <br><br><br><br><br><br><br><br><br> Hearing: 5-18-07 <br> Time: 2:30 p.m. <br> Judge: BMK |

```
WAGE STANDARDS DIVISION,         )
                                 )
              Garnishee.         )
_____)
```

## EX PARTE MOTION FOR ISSUANCE OF
## GARNISHEE SUMMONS AFTER JUDGMENT

COMES NOW Plaintiffs HAWAII LABORERS' TRUST FUNDS ("Plaintiffs") and judgment creditors herein and hereby, moves that a Garnishee Summons issue herein, directed to STATE OF HAWAII, DEPARTMENT OF LABOR & INDUSTRIAL RELATIONS, WAGE STANDARDS DIVISION ("Garnishee"), upon a day appointed in said summons for hearing said cause against said garnishee and then and there on oath disclose (1) whether garnishee has, or at the time Garnishee Summons was served, had, any of the goods or effect of CME ENVIRONMENTAL SERVICES, INC. ("Defendant"), Defendant and judgment debtor herein, in garnishee's hands, and, if so, the nature, amount and value thereof, (2) whether garnishee is, or at the time the Garnishee Summons was served, was indebted to said Defendant and judgment debtor, and if so, the nature and amount of debt, including the amount of all payments due and coming due at any time in the future for the repayment of said debt; or (3) whether garnishee has, or at the time of

2

the garnishee Summons was served, had any moneys of said Defendant and judgment debtor in garnishee's possession for safekeeping and, if so, the amount thereof; or (4) whether said Defendant and judgment debtor is, or at the time of the Garnishee Summons was served, was in receipt from garnishee any salary, stipend, commissions, wages, annuity or net income or portion of net income under trust, and if so, the amount or rate thereof.

This Motion is based on the records and proceedings had herein and the declaration attached hereto and by this reference made a part hereof, on section 652-1, Hawaii Revised Statutes, and on Rule 69, Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, April 23, 2007.

_____
PABLO P. QUIBAN
Attorney for Plaintiffs