IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS, (*Hawaii Laborers' Health & Welfare Trust Funds* by its trustees Harry Ushijima, Albert Hamamoto, Mel Cremer, Benjamin Saguibo, Daniel Nakamura, Stephanie C. Mahelona, Edmund C. Aczon, and Larry Cadiz, etc., et al.,)<br><br>Plaintiffs,<br><br>vs.<br><br>CME ENVIRONMENTAL SERVICES, INC., a Hawaii corporation,<br><br>Defendant,<br><br>and<br><br>STATE OF HAWAII, DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, WAGE STANDARDS DIVISION,<br><br>Garnishee. | CIVIL NO. 02-00755 SOM BMK<br><br>ORDER FOR ISSUANCE OF GARNISHEE SUMMONS |

## ORDER FOR ISSUANCE OF GARNISHEE SUMMONS

The foregoing motion is granted and IT IS HEREBY ORDERED that Garnishee Summons issue upon STATE OF HAWAII, DEPARTMENT OF LABOR, WAGE STANDARDS DIVISION, according to law.

DATED: Honolulu, Hawaii,    APR 2 5 2007   .

_____
UNITED STATES MAGISTRATE JUDGE