IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS, (*Hawaii Laborers' Health & Welfare Trust Funds* by its trustees Harry Ushijima, Albert Hamamoto, Mel Cremer, Benjamin Saguibo, Daniel Nakamura, Stephanie C. Mahelona, Edmund C. Aczon, and Larry Cadiz, etc., et al.,) <br><br> Plaintiffs, <br><br> vs. <br><br> CME ENVIRONMENTAL SERVICES, INC., a Hawaii corporation, <br><br> Defendant, <br><br> and <br><br> STATE OF HAWAII, DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, WAGE STANDARDS DIVISION, <br><br> Garnishee. | CIVIL NO. 02-00755 SOM BMK <br><br> GARNISHEE SUMMONS |

## GARNISHEE SUMMONS

TO: THE PRESIDENT OF THE UNITED STATES OR THE UNITED STATES MARSHALL OF THE DISTRICT OF HAWAII, OR HIS DEPUTY; OR ANY PERSON OR POLICE OFFICER, SHERIFF OR DEPUTY SHERIFF IN THE STATE OF HAWAII MAKING SERVICE HEREOF:

YOU ARE COMMANDED to leave a true and attested copy of this summons with the above-named Garnishee.

AND TO THE ABOVE-NAMED GARNISHEE;

YOU, AS SUCH GARNISHEE, ARE HEREBY SUMMONED and required to appear personally before Judge BARRY M. KURREN, United States Magistrate Judge, in his courtroom in the United States Courthouse, Prince Jonah Kuhio Kalanianaole Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii on MAY 1 8 2007, 2007 at 2:30 o'clock p.m. OR, to file a written disclosure in the United States District Court for the District of Hawaii and serve copy of it on the Plaintiffs' attorney, within twenty (20) days after service of this summons upon you, exclusive of the date of service.

Your disclosure must be made under oath. It must state whether you have or have at the time of service:

    a.    Had any of the goods or effects of the Defendant in your hands, and if so, their nature, amount and value, OR

    b.    Were or are indebted to the Defendant, and if so, the nature and amount of the debts, OR

    c.    Defendant was in receipt from you of any salary, wages,

commissions, stipend, annuity, net income or a portion of net income under a trust, and if so the amount or rate thereof.

You, as garnishee are HEREBY ORDERED, to hold and secure from the time of service of this summons, and until further ordered by the court, an amount of money which shall not exceed 120% of the amount of the judgment indicated above, including costs and interest, as provided by Hawaii Revised Statutes Chapters 652 and 653 as amended.

SEE FEDERAL WAGE GARNISHMENT LAW FOR APPLICABLE RESTRICTIONS (attached). (Singular includes plural and masculine includes feminine and neuter).

APR 2 5 2007

DATED: Honolulu, Hawaii, _____.

SUE BEITIA

_____
CLERK OF THE UNITED STATES DISTRICT COURT

_____
DEPUTY CLERK OF THE UNITED STATES DISTRICT COURT

---

*HAWAII LABORERS' TRUST FUNDS, et al. vs. CME ENVIORNMENTAL SERVICES, INC., STATE OF HAWAII, DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, WAGE STANDARDS DIVISION, Garnishee;* CIVIL NO.02-00755 SOM BMK; EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION OF PABLO P. QUIBAN; ORDER FOR ISSUANCE OF GARNISHEE SUMMONS; GARNISHEE SUMMONS