ORIGINAL

PABLO P. QUIBAN
Attorney at Law, LLC

Pablo P. Quiban  #5099
707 Richards Street, Suite 710
Honolulu, Hawaii  96813
Telephone: (808) 528-3955
Facsimile: (808) 523-9476
Email: ppq-esq@hawaii.rr.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 1 2007

at 10 o'clock and ___ min. __M
SUE BEITIA, CLERK

Attorney for Plaintiffs
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS (*Hawaii Laborers' Health and Welfare Trust Funds* by its trustees Harry Ushijima, Albert Hamamoto, Mel Cremer, Benjamin Saguibo, Daniel Nakamura, Stephanie C. Mahelona, Edmund C. Aczon, and Larry Cadiz, etc., et al.,) <br><br> Plaintiffs, <br><br> vs. <br><br> CME ENVIRONMENTAL SERVICES., a Hawaii corporation, et al., <br><br> Defendant. | CIVIL NO. 02-00755  SOM  BMK <br><br> RETURN OF SERVICE |

## RETURN OF SERVICE

I HEREBY CERTIFY that I served the document listed below by delivering a certified filed-stamped copy of such document to the person at the time, date and place shown. Receipt of such document has been acknowledged by those persons by their signature.

DOCUMENT(S) SERVED:   Ex Parte Motion For Issuance Of Garnishee Summons After Judgment; Declaration Of Pablo P. Quiban; Order For Issuance Of Garnishee Summons; Garnishee Summons; Exhibit "A"

NAME OF PERSON SERVED:   STATE OF HAWAII DEPARTMENT OF LABOR & INDUS. RELATIONS WAGE STANDARDS DIVISION

BY: _Wesley Lum_

TIME: _1135 am_   DATE: _5/7/07_

PLACE:

_830 Punchbowl St. #340 Hon. Hi. 96813_

DATED: Honolulu, Hawaii, _5/8/07_

Print Name: Richard K. Mitchell

2