ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 6 2007

at __3__ o'clock and __25__ min __P__ M
SUE BEITIA, CLERK

MARK J. BENNETT   2672
Attorney General of Hawaii

Nelson T. Higa   5803
Deputy Attorney General
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii   96813
Telephone:   586-1450
Facsimile:   586-1376

Attorneys for State of Hawaii,
    Department of Labor and Industrial Relations,
    Wage Standards Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS, (Hawaii Laborers' Health & Welfare Trust Funds by its trustees Harry Ushijima, Albert Hamamoto, Mel Cremer, Benjamin Saguibo, Daniel Nakamura, Stephanie C. Mehelona, Edmund C. Aczon, and Larry Cadiz, etc., et. al., <br><br>        Plaintiffs, <br><br> vs. <br><br> CME ENVIRONMENTAL SERVICES, INC., a Hawaii corporation, <br><br>        Defendant, <br><br>   and <br><br> STATE OF HAWAII, DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, WAGE STANDARDS DIVISION, <br><br>        Garnishee. | CIVIL NO.: 02-00755 SOM BMK <br><br><br> DISCLOSURE OF GANRISHEE STATE OF HAWAII, DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, WAGE STANDARDS DIVISION; CERTIFICATE OF SERVICE <br><br><br><br><br> HEARING: <br> DATE: Friday, May 18, 2007 <br> TIME: 2:30 p.m. <br> JUDGE: Hon. Barry M. Kurren |

237181_1.DOC

**DISCLOSURE OF GANRISHEE STATE OF HAWAII, DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, WAGE STANDARDS DIVISION**

COMES NOW via special appearance, the STATE OF HAWAII, DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, WAGE STANDARDS DIVISION (hereinafter referred to as "State DLIR") by and through its attorneys, Mark J. Bennett, Attorney General of Hawaii, and Nelson T. Higa, Deputy Attorney General, and pursuant to the Garnishee Summons issued on April 25, 2007, responds without waiving any and all sovereign immunity rights it may possess, discloses that the, STATE DLIR:

- DID NOT have any goods or effects of Defendant CME ENVIRONMENTAL SERVICES, INC., in its hands at the time of service of this Garnishee Summons;

- WAS NOT indebted to Defendant CME ENVIRONMENTAL SERVICES, INC.; and

- That Defendant CME ENVIRONMENTAL SERVICES, INC., WAS NOT in receipt of any wages (including salary, stipend, commissions, annuity or net income or portion of net income under a trust) from the State DLIR, at the time of service of this Garnishee Summons.

Dated: Honolulu, Hawaii: Wednesday, May 16, 2007.

*[signature]*
Nelson T. Higa
Deputy Attorney General

Attorney for the State of
Hawaii, Department of Labor
and Industrial Relations,
Wage Standards Division

237181_1.DOC                                2

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS, (Hawaii Laborers' Health & Welfare Trust Funds by its trustees Harry Ushijima, Albert Hamamoto, Mel Cremer, Benjamin Saguibo, Daniel Nakamura, Stephanie C. Mehelona, Edmund C. Aczon, and Larry Cadiz, etc., et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> CME ENVIRONMENTAL SERVICES, INC., a Hawaii corporation, <br><br> Defendant, <br><br> and <br><br> STATE OF HAWAII, DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, WAGE STANDARDS DIVISION, <br><br> Garnishee. | CASE NO.: 02-00755 SOM BMK <br><br> CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the Document within was served by depositing a copy in the United States mail, postage prepaid, to the following:

    Pablo P. Quiban
    Ocean View Center
    707 Richards St., ste. 710
    Honolulu, HI 96813

Attorney for HAWAII LABORERS' TRUST FUNDS, Plaintiff

237181_1.DOC

DATED: Honolulu, Hawaii: Wednesday, May 16, 2007.

                                                    _____
                                                    Nelson T. Higa
                                                    Deputy Attorney General