PABLO P. QUIBAN
Attorney At Law, LLC

Pablo P. Quiban   #5099
707 Richards, Suite 710
Honolulu, Hawaii  96813
Telephone No.: (808) 528-3955
Facsimile No.: (808) 523-9476
E-mail: ppq-esq@hawaii.rr.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS, (*Hawaii Laborers' Health & Welfare Trust Fund* by its trustees Harry Ushijima, Albert Hamamoto, Mel Cremer, Benjamin Saguibo, Daniel Nakamura, Stephanie C. Mahelona, Edmund C. Aczon and Larry Cadiz, etc., etal.,)<br><br>Plaintiffs,<br><br>vs.<br><br>CME ENVIRONMENTAL SERVICES, INC., a Hawaii corporation,<br><br>Defendant,<br><br>and<br><br>STATE OF HAWAII, DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, WAGES STANDARDS DIVISION,<br><br>Garnishee. | CIVIL NO. 02-00755 SOM BMK<br><br>RELEASE AND DISCHARGE OF GARNISHEE; CERTIFICATE OF SERVICE |

RELEASE AND DISCHARGE OF GARNISHEE

_____Plaintiffs HAWAII LABORERS' TRUST FUNDS, by and through their undersigned counsel, Pablo P. Quiban, hereby releases and discharges Garnishee STATE OF HAWAII, DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, WAGE STANDARDS DIVISION ("Garnishee"), from any and all liability under garnishee process served to date on said Garnishee under these proceedings, said Garnishee having filed its Disclosure Statement and indicating no goods or effects, or wages of Defendant in its possession.

DATED: Honolulu, Hawaii, June 1, 2007.

      /s/ Pablo P. Quiban
PABLO P. QUIBAN
Attorney for Plaintiffs
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS, (*Hawaii Laborers' Health & Welfare Trust Fund* by its trustees by its trustees Harry Ushijima, Albert Hamamoto, Mel Cremer, Benjamin Saguibo, Daniel Nakamura, Stephanie C. Mahelona, Edmund C. Aczon, and Larry Cadiz, etc., etal.,)<br><br>Plaintiffs,<br><br>vs.<br><br>CME ENVIRONMENTAL SERVICES, INC., a Hawaii corporation,<br><br>Defendant,<br><br>and<br><br>STATE OF HAWAII, DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, WAGE STANDARDS DIVISION,<br><br>Garnishee. | CIVIL NO. 02-00755 SOM BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

_____ This is to certify that a copy of the foregoing document was duly served on the following party by way of mailing, U.S. postage prepaid.

        NELSON T. HIGA, Deputy A.G.
        425 Queen Street
        Honolulu, Hawaii 96813

        Attorney for Garnishee

DATED: Honolulu, Hawaii, June 1, 2007.

      /s/ Pablo P. Quiban
PABLO P. QUIBAN
Attorney for Plaintiffs
HAWAII LABORERS' TRUST FUNDS